IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR BERNARD TRILLO,

       Petitioner,                    No. CIV S-06-1287 FCD GGH P

    vs.

T. FELKER, et al.,

       Respondents.             <u>ORDER</u>

_____/

       Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

       Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. <u>See</u> 28 U.S.C. § 1915(a).

       On June 12, 2006, petitioner filed a motion to stay proceedings pending exhaustion of additional claims. Within thirty days of the date of this order, respondent shall file either an opposition or statement of non-opposition to this motion.

/////

/////

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's application to proceed in forma pauperis is granted;

2. Within thirty days of the date of this order, respondents shall file either an opposition or statement of non-opposition to petitioner's motion to stay proceedings;

3. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: 10/5/06         /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

ggh:kj
trill1287.ord