IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR BERNARD TRILLO,

    Petitioner,                   No. CIV S-06-1287 FCD GGH P

    vs.

BEN CURRY, et al.,

    Respondents.                <u>ORDER</u>

         Petitioner is a state prisoner proceeding pro se with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On February 7, 2007, this action was administratively stayed so that petitioner could exhaust additional claims. On January 29, 2009, petitioner filed a motion to lift the stay and an amended petition. Good cause appearing, the stay is lifted.

         Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's habeas petition.

         In accordance with the above, IT IS HEREBY ORDERED that:

         1. The stay is lifted and the Clerk of the Court is directed to reopen this action;

         2. Respondents are directed to file a response to petitioner's amended habeas petition within sixty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the

issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;

       3. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

       4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter; and

       5. The Clerk of the Court shall serve a copy of this order, *the consent/reassignment form contemplated by Appendix A(k) to the Local Rules of this court* together with a copy of the January 29, 2009, amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General.

DATED: February 9, 2009

                                                      /s/ Gregory G. Hollows
                                                   UNITED STATES MAGISTRATE JUDGE

tr1287.100