IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

VICTOR BERNARD TRILLO,

    Petitioner,                       No. CIV S-06-1287 FCD GGH P

    vs.

T. FELKER, et al.,

    Respondents.                  <u>ORDER</u>

_____/

        Pending before the undersigned is respondent's March 26, 2010, motion for a copy of the Marsden hearing transcript. On July 10, 2009, the California Court of Appeal filed a copy of this transcript with the court under seal.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. Respondent's March 26, 2010, motion for a copy of the Marsden hearing transcript (no. 35) is granted;

/////

/////

/////

/////

/////

1

2. The Clerk of the Court shall email a copy of the Marsden hearing transcript (no. 22) to Deputy Attorney Todd Marshall at Todd.Marshall@doj.ca.gov; the email containing the Marsden hearing transcript shall *not* be placed on the court docket; rather, the Clerk of the Court shall use their own court email address to send the transcript.

DATED: April 9, 2010

/s/ Gregory G. Hollows

_____
UNITED STATES MAGISTRATE JUDGE

tri1287.ord